In the Matter of BYRON W. STOWE, Respondent, against THE BOARD OF SUPERVISORS OF RENSSELAER COUNTY et al., Appellants.

(Submitted November 21, 1932; decided December 6, 1932.)

*T. Stewart Hubbard* for appellants.

*Herbert F. Roy* for respondent.

Order of the Appellate Division reversed and that of the Special Term affirmed, with costs in this court and in the Appellate Division, on the authority of *Matter of Buehler* v. *Board of Supervisors of Rensselaer County* (260 N. Y. 268). No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.